# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

---

| | |
|---|---|
| **Cassidy Ward**<br>2211 Erin Way<br>Bel Air, MD 21015 | * <br><br>* |
| **Avery Dawson**<br>336 Homeland South<br>Baltimore, MD | * <br><br>* |
| **Taylor Hyde**<br>107 W. Heather Rd.<br>Bel Air, MD 21014 | * <br><br>* |
| **Benjamin Lust**<br>3121 Birch Brook Lane<br>Abingdon, MD 21009 | *   Case No.  1:23-cv-00207-MJM<br><br>*   **JURY TRIAL REQUESTED** |
| **Melanie Mason**<br>1604 Cedar Run<br>Pocomoke, MD 21851 | * <br><br>* |
|       Plaintiffs | * |
| **v.** | * |
| **Higgins Crab Company LLC**<br>(d/b/a Higgins Crab House)<br>3102 Philadelphia Ave.<br>Ocean City, MD 21842 | * <br><br>* <br><br>* |
| **Robert Higgins**<br>2 48th Street Unit 1104.<br>Ocean City, MD 21842 | * <br><br>* |
|       Defendants | * |

# AFFIDAVIT OF SERVICE
## BY PERSONAL DELIVERY

I David W. Behr, do hereby affirm that I personally delivered a package consisting of the following documents to **Higgins Crab Company, LLC**:

- **SUMMONS IN A CIVIL ACTION**

- **CIVIL COVER SHEET**

- **INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FOR JS 44**

- **COLLECTIVE ACTION COMPLAINT UNDER THE FAIR LABOR STANDARDS ACT AND CLASS ACTION COMPLAINT**

- **JURY DEMAND**

- **CONSENT TO BE A PARTY IN COLLECTIVE ACTION LAWSUIT AGAINST HIGGINS CRAB COMPANY, LLC, et al. UNDER THE FAIR LABOR STANDARDS ACT FOR CASSIDY WARD, AVERY DAWSON, TAYLOR HYDE, BENJAMIN LUST AND MELANIE MASON**

- **CASE MANAGEMENT ORDER**

Service was made upon **Higgins Crab Company, LLC via Robert Higgins**, Resident Agent, a W/M, 5-10, 250, 65 years of age, on March 13, 2023 at 11:45 a.m. at 3102 Philadelphia Avenue, Ocean City, Maryland 21842.

**It should be noted that Robert Higgins <u>evaded service</u> and it took in excess of 25 hours of investigation and surveillance to succeed in the service Higgins.**

I certify that I am over 18 years of age and that I am not a party to this action.

**I Solemnly Affirm** under the penalties of perjury that the facts set forth in this document are true to the best of my knowledge, information and belief.

March 13, 2023

David W. Behr / Private Investigator
Beach Process Service, LLC
P.O. Box 3939, Ocean City, Maryland 21843
(888) 713-3939