# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

---

| | |
|---|---|
| **Cassidy Ward**<br>**2211 Erin Way**<br>**Bel Air, MD 21015** | * <br><br> * |
| **Avery Dawson**<br>**336 Homeland South**<br>**Baltimore, MD** | * <br><br> * |
| **Taylor Hyde**<br>**107 W. Heather Rd.**<br>**Bel Air, MD 21014** | * <br><br> * |
| **Benjamin Lust**<br>**3121 Birch Brook Lane**<br>**Abingdon, MD 21009** | *   Case No.  1:23-cv-00207-MJM<br><br> *   **JURY TRIAL REQUESTED** |
| **Melanie Mason**<br>**1604 Cedar Run**<br>**Pocomoke, MD 21851** | * <br><br> * |
| **Plaintiffs** | * |
| **v.** | * |
| **Higgins Crab Company LLC**<br>**(d/b/a Higgins Crab House)**<br>**3102 Philadelphia Ave.**<br>**Ocean City, MD 21842** | * <br><br> *<br><br> * |
| **Robert Higgins**<br>**2 48th Street Unit 1104.**<br>**Ocean City, MD 21842** | * <br><br> * |
| **Defendants** | |

## AFFIDAVIT OF SERVICE
## BY PERSONAL DELIVERY

I David W. Behr, do hereby affirm that I personally delivered a package consisting of the following documents to *Robert Higgins*:

- **SUMMONS IN A CIVIL ACTION**

- **CIVIL COVER SHEET**

- **INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FOR JS 44**

- **COLLECTIVE ACTION COMPLAINT UNDER THE FAIR LABOR STANDARDS ACT AND CLASS ACTION COMPLAINT**

- **JURY DEMAND**

- **CONSENT TO BE A PARTY IN COLLECTIVE ACTION LAWSUIT AGAINST HIGGINS CRAB COMPANY, LLC, et al. UNDER THE FAIR LABOR STANDARDS ACT FOR CASSIDY WARD, AVERY DAWSON, TAYLOR HYDE, BENJAMIN LUST AND MELANIE MASON**

- **CASE MANAGEMENT ORDER**

Service was made upon *Robert Higgins*, Resident Agent, a W/M, 5-10, 250, 65 years of age, on March 13, 2023 at 11:45 a.m. at 3102 Philadelphia Avenue, Ocean City, Maryland 21842.

**It should be noted that Robert Higgins <u>evaded service</u> and it took in excess of 25 hours of investigation and surveillance to succeed in the service of Higgins.**

I certify that I am over 18 years of age and that I am not a party to this action.

**I Solemnly Affirm** under the penalties of perjury that the facts set forth in this document are true to the best of my knowledge, information and belief.

March 13, 2023

David W. Behr / Private Investigator
Beach Process Service, LLC
P.O. Box 3939, Ocean City, Maryland 21843
(888) 713-3939