UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CASSIDY WARD**, *et al.*, | * | |
|     **Plaintiffs,** | * | |
| v. | * | Civil Action No. EA-23-207 |
| **HIGGINS CRAB COMPANY LLC, d/b/a HIGGINS CRAB HOUSE**, *et al.*, | * | |
| | * | |
|     **Defendants.** | | |

## ORDER

Plaintiffs initiated the above-captioned collective action on January 25, 2023, alleging unlawful withholding of wages and tips on the part of Defendants Higgins Crab Company LLC and its owner Robert Higgins. ECF No. 1. On April 3, 2023, Defendants filed an Answer to the Complaint. ECF No. 15. On July 22, 2024, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs filed a Joint Stipulation of Dismissal with Prejudice, which was signed by Defendants. ECF No. 112. That Stipulation is approved.

In light of the foregoing, it is hereby ORDERED that the Complaint is dismissed with prejudice. The Clerk shall close this case.

Date: July 23, 2024                            /s/
                                                                        Erin Aslan
                                                                        United States Magistrate Judge